# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 03-cv-12272

United States of America

v.

Joseph Bradshaw

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 10/28/04.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on August 24, 2005.

Sarah A. Thornton, Clerk of Court

By: _____
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 8/24/05.

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

APPEAL

# United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:03-cv-12272-DPW

Bradshaw v. United States of America
Assigned to: Judge Douglas P. Woodlock
Cause: 28:2255 Motion to Vacate / Correct Illegal Sentenc

Date Filed: 11/07/2003
Jury Demand: None
Nature of Suit: 510 Prisoner: Vacate Sentence
Jurisdiction: U.S. Government Defendant

**Petitioner**

**Joseph Bradshaw**    represented by **Joseph Bradshaw**
20980-038
Box 7000
Florence, CO 81226
PRO SE

V.

**Respondent**

**United States of America**    represented by **Timothy Q. Feeley**
United States Attorney's Office
John Joseph Moakley Federal Courthouse
1 Courthouse Way
Suite 9200
Boston, MA 02210
617-748-3100
Fax: 617-748-9354
Email: timothy.feeley@usdoj.gov
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/07/2003 | 1 | MOTION to Vacate, Set Aside or Correct Sentence (2255), filed by Joseph Bradshaw. FILED UNDER SEAL.(Rynne, Michelle) (Entered: 11/21/2003) |
| 11/07/2003 | 2 | MOTION to Seal by Joseph Bradshaw. FILED UNDER SEAL.(Rynne, Michelle) (Entered: 11/21/2003) |
| 11/07/2003 | 3 | MEMORANDUM in Support re 2 MOTION to Seal filed by Joseph Bradshaw. FILED UNDER SEAL. (Rynne, Michelle) (Entered: 11/21/2003) |
| 11/07/2003 | 4 | AFFIDAVIT of Joseph Bradshaw in Support re 2 MOTION to Seal. FILED UNDER SEAL. (Rynne, Michelle) (Entered: 11/21/2003) |
| 11/24/2003 | 5 | Judge Douglas P. Woodlock : ORDER entered:SERVICE ORDER re 2255 Motion. Order Entered pursuant to R.4 of the Rules governing Section 2255 cases for service on respondents. Answer/responsive pleading due 12/15/03.(Greenberg, Rebecca) (Entered: 11/24/2003) |
| 12/08/2003 | 9 | Letter/request (non-motion) from Joseph Bradshaw. (Rynne, Michelle) (Entered: 12/29/2003) |
| 12/12/2003 | 8 | Letter/request (non-motion) from Joseph Bradshaw. (Rynne, Michelle) (Entered: 12/29/2003) |
| 12/16/2003 | 6 | SEALED MOTION by United States of America. (Greenberg, Rebecca) (Entered: 12/16/2003) |
| 12/16/2003 |  | Judge Douglas P. Woodlock : Electronic ORDER entered granting 2 Motion to Seal, granting [6] Sealed Motion. It is further Ordered that the Government |

| | | |
|---|---|---|
| | | shall file a response to the 2255 petition by January 15, 2004. (Greenberg, Rebecca) (Entered: 12/16/2003) |
| 12/29/2003 | 7 | Judge Douglas P. Woodlock : Sealed Procedural ORDER entered. (Greenberg, Rebecca) (Entered: 12/29/2003) |
| 01/05/2004 | 10 | Letter/request (non-motion) from Joseph Bradshaw. FILE UNDER SEAL. (Rynne, Michelle) (Entered: 01/05/2004) |
| 01/05/2004 | 11 | MOTION to Compel by Joseph Bradshaw. FILED UNDER SEAL. (Rynne, Michelle) (Entered: 01/05/2004) |
| 01/05/2004 | 12 | MOTION to mark all correspondence with petitioner as "LEGAL MAIL - OPEN IN THE PRESENCE OF THE INMATE ONLY" by Joseph Bradshaw. FILED UNDER SEAL. (Rynne, Michelle) (Entered: 01/05/2004) |
| 01/09/2004 | 13 | MOTION to Compel by Joseph Bradshaw. FILED UNDER SEAL. (Rynne, Michelle) (Entered: 01/12/2004) |
| 01/14/2004 | 14 | MOTION to Modify sealing order by United States of America. FILED UNDER SEAL.(Rynne, Michelle) (Entered: 01/14/2004) |
| 01/14/2004 | | Judge Douglas P. Woodlock : Electronic ORDER entered granting 14 MOTION to Modify sealing order by United States of America. FILED UNDER SEAL (Greenberg, Rebecca) (Entered: 01/14/2004) |
| 01/16/2004 | 15 | MOTION for Extension of Time to 1/20/04 to File Response/Reply as to 1 Motion to Vacate/Set Aside/Correct Sentence (2255) by United States of America. FILED UNDER SEAL.(Rynne, Michelle) (Entered: 01/20/2004) |
| 01/16/2004 | | Judge Douglas P. Woodlock : Endorsed ORDER entered granting 15 Motion for Extension of Time to |

| | | |
|---|---|---|
| | | File Response/Reply as to 1 Motion to Vacate/Set Aside/Correct Sentence (2255). Responses due by 1/20/2004 (Rynne, Michelle) (Entered: 01/20/2004) |
| 01/20/2004 | 16 | MOTION for Extension of Time to 2/29/04 to File Response/Reply as to 1 Motion to Vacate/Set Aside/Correct Sentence (2255) by United States of America. FILED UNDER SEAL.(Rynne, Michelle) (Entered: 01/23/2004) |
| 01/23/2004 | | Judge Douglas P. Woodlock : Electronic ORDER entered granting 16 MOTION for Extension of Time to 2/29/04 to File Response/Reply as to 1 Motion to Vacate/Set Aside/Correct Sentence (2255) by United States of America. FILED UNDER SEAL. (Greenberg, Rebecca) (Entered: 01/23/2004) |
| 01/23/2004 | 17 | MOTION for Order to to compel USP to stop opening petitioner's legal mail by Joseph Bradshaw. FILED UNDER SEAL.(Rynne, Michelle) (Entered: 01/27/2004) |
| 01/26/2004 | 18 | Withdrawal of motion: 17 MOTION for Order to to compel USP to stop opening petitioner's legal mail filed by Joseph Bradshaw. FILED UNDER SEAL. (Rynne, Michelle) (Entered: 01/28/2004) |
| 02/03/2004 | 19 | Letter/request (non-motion) from Joseph Bradshaw. FILED UNDER SEAL. (Rynne, Michelle) (Entered: 02/03/2004) |
| 02/05/2004 | 20 | SEALED MOTION by Joseph Bradshaw.(Rynne, Michelle) (Entered: 02/06/2004) |
| 02/06/2004 | 21 | MOTION for Hearing by Joseph Bradshaw. FILED UNDER SEAL. (Rynne, Michelle) (Entered: 02/09/2004) |
| 02/17/2004 | 22 | MOTION to Amend by Joseph Bradshaw. FILED UNDER SEAL. (Rynne, Michelle) (Entered: 02/17/2004) |

| 03/01/2004 | 23 | Response by United States of America to 1 Motion to Vacate/Set Aside/Correct Sentence (2255). FILED UNDER SEAL. (Rynne, Michelle) (Entered: 03/01/2004) |
|---|---|---|
| 03/15/2004 | 24 | MOTION for Extension of Time to 4/10/04 to File Reply as to 1 Motion to Vacate/Set Aside/Correct Sentence (2255) by Joseph Bradshaw. FILED UNDER SEAL. (Rynne, Michelle) (Entered: 03/17/2004) |
| 03/17/2004 |  | Judge Douglas P. Woodlock : Electronic ORDER entered granting [24] MOTION for Extension of Time to 4/10/04 to File Reply as to 1 Motion to Vacate/Set Aside/Correct Sentence (2255) by Joseph Bradshaw. FILED UNDER SEAL.(Greenberg, Rebecca) (Entered: 03/17/2004) |
| 04/12/2004 | 26 | MOTION for Discovery and to Appoint Counsel, by Joseph Bradshaw. FILED UNDER SEAL. (Rynne, Michelle) (Entered: 04/21/2004) |
| 04/13/2004 | 25 | Response by Joseph Bradshaw to 23 Response by United States of America to 1 Motion to Vacate/Set Aside/Correct Sentence (2255). FILED UNDER SEAL. (Rynne, Michelle) (Entered: 04/21/2004) |
| 05/10/2004 | 27 | MOTION to Compel the Government to confirm receipt of petitioner's response by Joseph Bradshaw. FILED UNDER SEAL. (Rynne, Michelle) (Entered: 05/10/2004) |
| 06/29/2004 | 28 | NOTICE of Change of Address by Joseph Bradshaw. (Rynne, Michelle) (Entered: 06/30/2004) |
| 07/16/2004 | 29 | Judge Douglas P. Woodlock : MEMORANDUM AND ORDER entered directing clerk to dismiss this petition.(Woodlock, Douglas) Additional attachment(s) added on 7/16/2004 (Rynne, Michelle). (Entered: 07/16/2004) |
| 07/16/2004 | 30 | Judge Douglas P. Woodlock : ORDER |

| | | |
|---|---|---|
| | | entered:ORDER DISMISSING CASE(Greenberg, Rebecca) (Entered: 07/16/2004) |
| 07/30/2004 | 31 | SEALED MOTION by Joseph Bradshaw.(Rynne, Michelle) (Entered: 08/02/2004) |
| 08/04/2004 | | Judge Douglas P. Woodlock : Endorsed ORDER entered denying as moot [31] Sealed Motion, in light of the dismissal of this case previously entered by the Court. (Rynne, Michelle) (Entered: 08/04/2004) |
| 08/23/2004 | 32 | MOTION for Reconsideration re 29 Memorandum & ORDER, 30 Order Dismissing Case by Joseph Bradshaw. FILED UNDER SEAL. (Rynne, Michelle) (Entered: 08/24/2004) |
| 10/01/2004 | 33 | NOTICE OF APPEAL as to 29 Memorandum & ORDER, 30 Order Dismissing Case, Order on Sealed Motion by Joseph Bradshaw. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 10/21/2004. (Rynne, Michelle) (Entered: 10/08/2004) |
| 10/01/2004 | 34 | MOTION for Certificate of Appealability by Joseph Bradshaw.(Rynne, Michelle) (Entered: 10/08/2004) |
| 10/01/2004 | 35 | MEMORANDUM by Joseph Bradshaw. (Rynne, Michelle) (Entered: 10/08/2004) |
| 06/03/2005 | 36 | Judge Douglas P. Woodlock : MEMORANDUM AND ORDER entered denying 34 Motion for Certificate of Appealability, denying [32] Motion for Reconsideration (Woodlock, Douglas) (Entered: 06/03/2005) |