AFFIDAVIT OF INDIGENCY

I, JOSEPH BRADSHAW, DEPOSE AND STATE THE FOLLOWING IS TRUE AND ACCURATE.

1) THE DISTRICT COURT APPROVED MY APPLICATION TO PROCEED IN FORMA PAUPUS IN 05-2196

2) THE APPELLATE LIAISON STATES, I HAVE TO FILE A SEPRATE IN FORMA PAUPUS APPLICATION TO THE CLERK OF THE DISTRICT COURT IN 05-2281. SEE: ENCLOSED 11-8-05 FROM D. BARCHARD APPELLATE LIAISON.

3) MY FINANCIAL POVERTY LEVEL HAS NOT CHANGED SINCE I FILED THE APPLICATION IN 05-2196.  I HAVE NO JOB IN FEDERAL PRISON.  I'M LOCKED UP IN A SEGREGATION PRISON, 23 AND 24 HOURS PER-DAY.

4) I RECEIVE $50 FROM HOME A MONTH. I PAY $25 EVERY QUARTER FOR THE RESTITION ORDER THIS COURT IMPOSED. I PAY 10¢ PER PAGE FOR EVERY LEGAL COPY AND POSTAGE FOR LEGAL FILINGS. I HAVE $40 ON MY PRISON ACCOUNT.

5) This court should grant the motion to proceed in forma paupus, as they have already determined my inability to pay, in 05-2196

Signed under the pains and penalties of perjury.

Joseph Bradshaw
20980-038
U.S.P. MAX - A-D-X
Box 8500
Florence Co. 81226

Date 12-2-05

2 OF 2