# United States Court of Appeals
## For the First Circuit

No. 05-2281

JOSEPH BRADSHAW,

Petitioner, Appellant,

v.

UNITED STATES,

Respondent, Appellee.

Before

Torruella, <u>Circuit Judge</u>,
Stahl, <u>Senior Circuit Judge</u>,
and Lipez, <u>Circuit Judge</u>.

JUDGMENT

Entered: March 29, 2006

Petitioner's motion to seal a portion of the district court's July 16, 2004 order is <u>denied</u>.

Also, petitioner's motion to compel the government to respond to his conditional waiver is <u>denied</u>.

As petitioner was informed by this court in a November 8, 2005 letter, the present appeal is timely only with respect to the district court's August 4, 2004 order[1] entered in district court case no. 03-12272 denying essentially the same motion to compel filed with our court. In light of our disposition of the motion to compel, there was no error or abuse of discretion by the district court in denying the requested relief. Accordingly, the order of the district court is <u>summarily</u> <u>affirmed</u>. See 1st Cir. R. 27(c).

---

[1] The November 8, 2005 letter incorrectly referenced the date of the district court's order as August 4, 2005.

<u>Affirmed</u>.

By the Court:

Richard Cushing Donovan, Clerk.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 5/24/06

By: _____
Chief Deputy Clerk.

[cc: Joseph Bradshaw, Dina M. Chaitowitz, AUSA,
Timothy Q. Feeley, AUSA]